UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Christian Damian Cordova Dutan,

                    Petitioner,

          -against-

Markwayne MULLIN, Secretary of Homeland
Security; Kenneth GENALO, New York Field
Office Director for U.S. ICE; Todd BLANCHE
Attorney General of the U.S.,

                    Respondents.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/16/2026____

26 Civ. 5068 (AT)

**ORDER**

ANALISA TORRES, District Judge:

          The Court is in receipt of Petitioner's application for a writ of habeas corpus under 28 U.S.C. § 2241. *See* ECF No. 1. Petitioner's transfer or removal to any location outside of this District, the Eastern District of New York, or the District of New Jersey is ADMINISTRATIVELY STAYED pending further order of the Court.

          The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York of this Order. Counsel for Respondents shall promptly enter an appearance.

          The Clerk of Court is respectfully directed to mail a copy of this order to Petitioner at 26 Federal Plaza, New York, New York, 10278, and to email a copy of this order to melckkuttel@outlook.com.

          SO ORDERED.

Dated: June 16, 2026
          New York, New York

_____
          ANALISA TORRES
     United States District Judge