UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Christian Damian Cordova Dutan,

                    Petitioner,

           -against-

Markwayne MULLIN, Secretary of Homeland
Security; Kenneth GENALO, New York Field
Office Director for U.S. ICE; Todd BLANCHE
Attorney General of the U.S.,

                    Respondents.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   6/22/2026

26 Civ. 5068 (AT)

**ORDER TO
SHOW CAUSE**

ANALISA TORRES, District Judge:

By email dated June 21, 2026, Peter Melck Kuttel, the next friend of Petitioner *pro se*, Christian Damian Cordova Dutan, who filed this action, submitted a request for an extension of Petitioner's deadline to reply to the government's letter, which was previously set for June 23, 2026. *See* ECF No. 3 (order setting deadlines).  Mr. Kuttel requests a two-week extension "because [he and Mr. Dutan] are waiting for an imminent ruling from the Queens Criminal Court as to the resolution of the open charges" and "to seek counsel for Mr. Dutan's petition."  Mr. Kuttel does not state whether the government consents to the extension request.

The request is GRANTED; by **July 7, 2026**, Petitioner shall file his reply.  Mr. Kuttel is advised to consult the Southern District's online resources for *pro se* filers, available at: https://www.nysd.uscourts.gov/prose/role-of-the-prose-intake-unit/contact.  Per the webpage at https://www.nysd.uscourts.gov/prose, *pro se* parties may submit documents in an existing case via email to ProSe@nysd.uscourts.gov, by attaching PDF files no larger than 15 megabytes.


           SO ORDERED.

Dated: June 22, 2026
           New York, New York

_____
           ANALISA TORRES
           United States District Judge