USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/15/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Christian Damian Cordova Dutan,

Petitioner,

-against-

Markwayne MULLIN, Secretary of Homeland Security; Kenneth GENALO, New York Field Office Director for U.S. ICE; Todd BLANCHE Attorney General of the U.S.,

Respondents.

26 Civ. 5068 (AT)

**ORDER**

ANALISA TORRES, District Judge:

By letter dated July 2, 2026, Peter Melck Kuttel, the next friend of Petitioner *pro se*, Christian Damian Cordova Dutan, submitted a request to "withdraw" Petitioner's petition for a writ of habeas corpus, *see* Ltr., ECF No. 8; Pet., ECF No. 1. The letter states that Kuttel has "consulted with attorneys and the family in order to have arrived at this conclusion." Ltr. at 1. Accordingly, the case is closed, and the Court dismisses the petition without prejudice. Any pending motions are moot; all conferences are vacated.

The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated: July 15, 2026
New York, New York

ANALISA TORRES
United States District Judge