UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTIAN DAMIAN CORDOVA DUTAN,

Petitioner,

-against-

MARKWAYNE MULLIN, SECRETARY OF HOMELAND SECURITY; KENNETH GENALO, NEW YORK FIELD OFFICE DIRECTOR FOR U.S. ICE; TODD BLANCHE ATTORNEY GENERAL OF THE U.S.,

Respondents.

26 CIVIL 05068 (AT)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Order dated July 15, 2026, the case is closed, and the Court dismisses the petition without prejudice. Any pending motions are moot; all conferences are vacated.

**Dated:** New York, New York

July 17, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**